```
         UNITED STATES DISTRICT COURT
         EASTERN DISTRICT OF LOUISIANA
```

**RAYMOND PAYTON**                                                  **CIVIL ACTION**

**VERSUS**                                                          **NO. 12-2578**

**SHERIFF MARLIN GUSMAN**                                           **SECTION "B"(2)**

<u>**ORDER**</u>

Before the Court is Plaintiff Raymond Payton's Objections (Rec. Doc. No. 18) to Magistrate Judge Joseph C. Wilkinson, Jr.'s Report and Recommendation (Rec. Doc. No. 17), recommending dismissal with prejudice of Plaintiff's complaint. Plaintiff's claims are brought under 42 U.S.C. § 1983 and arise out of his incarceration in the Orleans Parish Prison system.

The Court has reviewed the matter *de novo*, *see* 28 U.S.C. § 636(b)(1)(C), and has decided to adopt Judge Wilkinson's Report and Recommendation as the opinion of the Court. Accordingly,

**IT IS ORDERED** that the findings of the Magistrate Judge (Rec. Doc. No. 17) are **AFFIRMED** and Petitioner's application for relief under 42 U.S.C. § 1983 is **DISMISSED WITH PREJUDICE** for failure to state a claim upon which relief can be granted and as legally frivolous.

New Orleans, Louisiana, this 4th day of October, 2013.

_____

UNITED STATES DISTRICT JUDGE